# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

John Lewert

                    Plaintiff,

v.                                        Case No.: 1:13−cv−09040
                                        Honorable Sharon Johnson Coleman

Vendini, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to FRCvP 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice as to Plaintiff's individual and class claims. Status and motion hearings set to 2/10/2014 are stricken. Plaintiff's motion to certify class [3] is moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.